IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 03-2651 JRT/FLN |
| v. | § | |
| | § | |
| INTERTAPE POLYMER GROUP, | § | **DEFENDANTS' MOTION FOR** |
| INC., IPG(U.S.) HOLDINGS INC., | § | **SUMMARY JUDGMENT** |
| IPG (U.S.) INC. and CENTRAL | § | |
| PRODUCTS COMPANY, | § | |
| | § | **ORAL ARGUMENT REQUESTED** |
| Defendants. | § | |

TO: Plaintiff 3M Company, and its attorneys Timothy M. Kenney, Fulbright & Jaworski, 2100 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402; Louis T. Pirkey and William G. Barber, Fulbright & Jaworski, 600 Congress Avenue, Suite 2400, Austin, Texas 78701; Thomas Tinkham, Esq., Dorsey & Whitney LLP, 50 South Sixth Street, Minneapolis, Minnesota 55402

Defendants Intertape Polymer Group, Inc., IPG(U.S.) Holdings Inc., IPG (U.S.) Inc. and Central Products Company, hereby move the Court for an Order granting Summary Judgment in their favor pursuant to Fed. R. Civ. P. 56, on the ground that there is no genuine issue as to material fact and Defendants are entitled to judgment as a matter of law.

This Motion is based upon all the records, files, and proceedings herein, together with the accompanying Memorandum of law and supporting Affidavit.

May 4, 2005                                              Respectfully submitted,

                ARTHUR, CHAPMAN, KETTERING
                SMETAK & PIKALA, P.A.


                /s/ Thomas A. Forker
                Lindsay G. Arthur, Jr.
                Thomas A. Forker
                500 Young Quinlan Building
                81 South Ninth Street
                Minneapolis, MN  55402-3214
                (612) 339-3500

                Scott A. King (admitted Pro Hac Vice)
                Victoria L. Nilles (admitted Pro Hac Vice)
                THOMPSON HINE LLP
                2000 Courthouse Plaza, N.E.
                P.O. Box 8801
                Dayton, OH  45401-8801
                (937) 443-6600
                Attorneys for Defendants