# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**NOTIFICATION OF CONVENTIONAL FILING OF EXHIBITS 1-13, 15, 23-26, 28-32, and 34-37 TO AFFIDAVIT OF THOMAS A. FORKER**

3M COMPANY,

        Plaintiff(s)

v.    Case Number:   CASE NO. 03-2651 JRT/FLN

INTERTAPE POLYMER GROUP, INC., IPG (U.S.) HOLDINGS INC., IPG (U.S.) INC. and CENTRAL PRODUCTS COMPANY,

        Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Exhibits 1-13, Exhibit 15, Exhibits 23-26, Exhibits 28-32, Exhibits 34-37 to the Affidavit of Thomas A. Forker*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal* (Document number of protective order: _9_ )

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
    (Document number of redacted version: ___ )
___ Other (description):

* Filing of these items requires Judicial Approval.
This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).