**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

3M COMPANY,                                            CASE NO. 03-2651 JRT/FLN
                              Plaintiff,

vs.

INTERTAPE POLYMER GROUP, INC.,
IPG (U.S.) HOLDINGS INC., IPG (U.S.)
INC. and CENTRAL PRODUCTS
COMPANY,

                              Defendants.

---

**DEFENDANT'S EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

DEFENDANT'S EXHIBIT NUMBER 16

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50

Reg. No. 1,974,541

## United States Patent and Trademark Office   Registered May 21, 1996

### TRADEMARK
### PRINCIPAL REGISTER

## PRO-MASK BLUE

ANCHOR CONTINENTAL, INC. (DELAWARE CORPORATION)
2000 BELTLINE BLVD.
COLUMBIA, SC 29250

FOR: PAINTER'S MASKING TAPE, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).
FIRST USE 8-0-1994; IN COMMERCE 8-0-1994.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLUE", APART FROM THE MARK AS SHOWN.

SER. NO. 74-532,699, FILED 6-3-1994.

JULIE CLINTON, EXAMINING ATTORNEY

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Tue May 3 03:50:49 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | PRO-MASK BLUE |
| **Goods and Services** | IC 017. US 001 005 012 013 035 050. G & S: painter's masking tape. FIRST USE: 19940800. FIRST USE IN COMMERCE: 19940800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74532699 |
| **Filing Date** | June 3, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 27, 1996 |
| **Registration Number** | 1974541 |
| **Registration Date** | May 21, 1996 |
| **Owner** | (REGISTRANT) Anchor Continental, Inc. CORPORATION DELAWARE 2000 Beltline Blvd. Columbia SOUTH CAROLINA 29250 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLUE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

CASE 0:03-cv-02651-JRT-FLN   Document 42-2   Filed 05/04/05   Page 4 of 7

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-05-03 10:58:14 ET

**Serial Number:** 74532699 Assignment Information

**Registration Number:** 1974541 Assignment Information

**Mark (words only):** PRO-MASK BLUE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2002-06-18

**Filing Date:** 1994-06-03

**Transformed into a National Application:** No

**Registration Date:** 1996-05-21

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-06-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Anchor Continental, Inc.

**Address:**
Anchor Continental, Inc.
2000 Beltline Blvd.
Columbia, SC 29250
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 017
painter's masking tape

**First Use Date:** 1994-08-00
**First Use in Commerce Date:** 1994-08-00

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "BLUE"

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2002-06-18 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-04-25 - Section 8 (6-year) and Section 15 Filed

2002-04-25 - PAPER RECEIVED

1996-05-21 - Registered - Principal Register

1996-02-27 - Published for opposition

1996-01-26 - Notice of publication

1995-12-08 - Approved for Pub - Principal Register (Initial exam)

1995-09-21 - Communication received from applicant

1995-08-29 - Final refusal mailed

1995-07-24 - Amendment to Use approved

1995-02-01 - Communication received from applicant

1995-05-16 - Amendment to use processing complete

1995-01-03 - Amendment to Use filed

1994-12-07 - Non-final action mailed

1994-11-18 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**

MEREDITH A. HARPER
SHUTTS & BOWEN LLP
300 SOUTH ORANGE AVE., STE 1000
ORLANDO, FLORIDA 32801-3373

---