UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

3M COMPANY,

             Plaintiff,

vs.

INTERTAPE POLYMER GROUP, INC.,
IPG (U.S.) HOLDINGS INC., IPG (U.S.)
INC. and CENTRAL PRODUCTS
COMPANY,

             Defendants.

CASE NO. 03-2651 JRT/FLN

---

DEFENDANT'S EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

DEFENDANT'S EXHIBIT NUMBER 17

Int. Cl.: 16

Prior U.S. Cl.: 5

**United States Patent and Trademark Office**  Reg. No. 1,733,014
Registered Nov. 17, 1992

## TRADEMARK
### PRINCIPAL REGISTER

### SOLABLUE

AMERICAN TAPE COMPANY (MICHIGAN CORPORATION)
317 KENDALL AVENUE
MARYSVILLE, MI 48040

FOR: PAPER ADHESIVE TAPE, IN CLASS 16 (U.S. CL. 5).

FIRST USE 3-3-1992; IN COMMERCE 3-3-1992.

SER. NO. 74-258,166, FILED 3-23-1992.

CHARLES WEIGELL, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

TESS was last updated on Tue May 3 03:50:49 EDT 2005

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP]

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | SOLABLUE |
| Goods and Services | (CANCELLED) IC 016. US 005. G & S: paper adhesive tape. FIRST USE: 19920303. FIRST USE IN COMMERCE: 19920303 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74258166 |
| Filing Date | March 23, 1992 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | August 25, 1992 |
| Registration Number | 1733014 |
| Registration Date | November 17, 1992 |
| Owner | (REGISTRANT) AMERICAN TAPE COMPANY CORPORATION MICHIGAN 317 Kendall Avenue Marysville MICHIGAN 48040<br><br>(LAST LISTED OWNER) INTERTAPE POLYMER, INC. CORPORATION ASSIGNEE OF CANADA 110 E. MONTEE DE LIESSE ST-LAUR MONTREAL, PQ H4T 1N4 CANADA |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Jeffrey A. Sadowski |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | DEAD |
| Cancellation Date | August 23, 2003 |

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [TOP] [HELP]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the **TARR web server.**

**This page was generated by the TARR system on** 2005-05-03 11:00:07 ET

**Serial Number:** 74258166 Assignment Information

**Registration Number:** 1733014 Assignment Information

**Mark (words only):** SOLABLUE

**Standard Character claim:** No

**Current Status:** Registration canceled under Section 8.

**Date of Status:** 2003-08-23

**Filing Date:** 1992-03-23

**Transformed into a National Application:** No

**Registration Date:** 1992-11-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 15

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-05-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. INTERTAPE POLYMER, INC.

**Address:**
INTERTAPE POLYMER, INC.
110 E. MONTEE DE LIESSE ST-LAUR
MONTREAL, PQ H4T 1N4
Canada
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Canada

---

### GOODS AND/OR SERVICES

**International Class:** 016
paper adhesive tape

**First Use Date:** 1992-03-03
**First Use in Commerce Date:** 1992-03-03

**Basis:** 1(a)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-08-23 - Canceled Section 8 (10-year)/Expired Section 9

1999-04-09 - Section 8 (6-year) accepted & Section 15 acknowledged

1998-11-20 - Section 8 (6-year) and Section 15 Filed

1992-11-17 - Registered - Principal Register

1992-08-25 - Published for opposition

1992-07-24 - Notice of publication

1992-06-12 - Approved for Pub - Principal Register (Initial exam)

1992-06-02 - Examiner's amendment mailed

1992-05-27 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
Jeffrey A. Sadowski (Attorney of record)

JEFFREY A SADOWSKI
HOWARD & HOWARD ATTORNEYS PC
1400 N WOODWARD AVE STE 101
BLOOMFIELD HILLS MI 48304-2856