UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

3M COMPANY,                                                                   CASE NO. 03-2651 JRT/FLN
                Plaintiff,
vs.

INTERTAPE POLYMER GROUP, INC.,
IPG (U.S.) HOLDINGS INC., IPG (U.S.)
INC. and CENTRAL PRODUCTS
COMPANY,

                Defendants.

---

DEFENDANT'S EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

DEFENDANT'S EXHIBIT NUMBER 18



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

TESS was last updated on Tue May 3 03:50:49 EDT 2005

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [    ] OR [Jump] to record: [    ] **Record 109 out of 130**

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **PREMIUM BLUE** |
| **Goods and Services** | (CANCELLED) IC 017. US 005. G & S: MASKING TAPE. FIRST USE: 19881105. FIRST USE IN COMMERCE: 19881105 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73774472 |
| **Filing Date** | January 13, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Supplemental Register Date** | November 13, 1989 |
| **Registration Number** | 1582068 |
| **Registration Date** | February 6, 1990 |
| **Owner** | (REGISTRANT) MINNESOTA MINING AND MANUFACTURING COMPANY AKA 3M CORPORATION DELAWARE 3M CENTER SAINT PAUL MINNESOTA 55144 |
| **Attorney of Record** | CHARLES H. LAUDER |
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | August 12, 1996 |

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2005-05-03 11:04:47 ET

**Serial Number:** 73774472

**Registration Number:** 1582068

**Mark (words only):** PREMIUM BLUE

**Standard Character claim:** No

**Current Status:** Registration canceled under Section 8.

**Date of Status:** 1996-08-12

**Filing Date:** 1989-01-13

**Transformed into a National Application:** No

**Registration Date:** 1990-02-06

**Register:** Supplemental

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-01-17

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MINNESOTA MINING AND MANUFACTURING COMPANY

**Address:**
MINNESOTA MINING AND MANUFACTURING COMPANY
3M CENTER
SAINT PAUL, MN 55144
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 017
MASKING TAPE

**First Use Date:** 1988-11-05
**First Use in Commerce Date:** 1988-11-05

**Basis:** 1(a)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1996-08-12 - Canceled Section 8 (6-year)

1990-02-06 - Registered - Supplemental Register

1989-12-07 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

1989-11-13 - Communication received from applicant

1989-09-26 - Final refusal mailed

1989-08-10 - Communication received from applicant

1989-03-10 - Non-final action mailed

1989-03-06 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
CHARLES H. LAUDER (Attorney of record)

CHARLES H. LAUDER
3M CENTER
SAINT PAUL, MN 55144