# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

3M COMPANY,                                    CASE NO. 03-2651 JRT/FLN

                Plaintiff,

vs.

INTERTAPE POLYMER GROUP, INC.,
IPG (U.S.) HOLDINGS INC., IPG (U.S.)
INC. and CENTRAL PRODUCTS
COMPANY,

                Defendants.

## DEFENDANT'S EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

DEFENDANT'S EXHIBIT NUMBER 19

## PUBLICATION/REGISTRATION REVIEW WORK SHEET

Reviewer: _D. Evans_     Ofc: _7_     Date: _12/14/89_     Serial No. _774472_

This application was reviewed for publication/registration. All information in the database matches all information contained in the file wrapper and no corrections to the database were required.

_____ (Signature)

*INSTRUCTIONS: If information in the data base does not match information in the file wrapper, the reviewer should check (√) the item in Column 2. After correction (text editing), Column 3 should be checked (√).*     NOTE: **RETAIN IN FILE WRAPPER**

| 1 Screen Code | 2 Error √ | 3 Edited √ | 4 Error Found During Review Requiring Amendment of: |
|---|---|---|---|
| MK | | | Mark   Words [ ]                                                    Drawing Code [   ] |
| AM | | | Mark Type: |
| | | | Register: |
| | | | Amended Register ? [ ]                                    Date Register Amended: |
| CL | | | Prime Classification |
| | | | Class Status:        Active [   ]   Inactive [   ]            Class Status Date: |
| | | | International Class:   Add [   ]   Delete [   ]   Reclassify [ ] |
| | | | U.S. Class:          Add [   ]   Delete [   ]   Reclassify [   ] |
| | | | Date of First Use: |
| | | | Date of First Use in Commerce: |
| AF | | | Use in Another Form:   Prime Class [   ] |
| GS | | | Goods and Services |
| CS | | | Certification Statement |
| AT | | | Attorney Name |
| CD | | | Correspondence:  Name [   ]   Internal & Street  Address [   ]   City & State or Country [   ]   Zip [   ] |
| DR | | | Domestic Representative |
| CU | | | Concurrent Use Statement |
| DM | | | Description of Mark Statement |
| D1/DØ | | | Disclaimer |
| LS | | | Lining and Stippling Statement |
| NØ | | | Name/Portrait Description/Consent Statement |
| TF | | | Section 2(f):   Entire Mark [   ]   In Part [   ]   Limitation Statement [   ] |
| TR | | | Translation of Words in Mark Statement |
| FN | | | Foreign Entry Number: |
| | | | Country of Origin: |
| | | | Foreign Application Number:                         Filing Date: |
| | | | Foreign Registration Number:                       Registration Date: |
| | | | Foreign Registration Expiration Date: |
| | | | Renewed:   Foreign Registration Number:         Renewal Date: |
| | | | Renewed:   Foreign Registration Expiration Date: |
| | | | Priority Claimed:   Section 44(d) |
| NC99 | | | Assignment or Name Change |
| PR | | | Prior U.S. Registrations:   Registration Numbers: |
| PY | | | Applicant:   Name |
| PY/EN | | | Applicant:   Entity Type [   ]                       Entity Statement [   ] |
| PY | | | Applicant:   Citizenship |
| CO | | | Composed of Statement: |
| DB | | | Doing Business As (DBA) or Also Known As (AKA) Statement: |
| PY | | | Applicant:   Address:   Internal [   ]   Street [   ]   City [   ]   State/Country [   ]   Zip Code [   ] |

Other:

_____

_____

_____

Def's
EXHIBIT NO. 343
DATE: 3/23/00
R. MOEN

_____

| All indicated corrections have been entered in the data base in accordance with the above instructions and text editing guidelines. | | Date: _____ |
|---|---|---|
| | (Text Editor) | |

## Notes to the File

Serial No. _____ Mark _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date _12/13_ Examining Attorney _____ *Mem*

Notes to the File ___ Approvals ___

*dec. signed on 1-6-89 (phone call)*

_____

_____

_____

_____

Date _____ Examining Attorney _____

Notes to the File ___ Approvals ___

_____

_____

_____

_____

Date _____ Examining Attorney _____

Notes to the File ___ Approvals ___

_____

_____

_____

_____

Date _____ Examining Attorney _____

R & A Instructions:

_____

_____

_____

TDMK 000028

# AMENDMENT WORK SHEET

Name: _Johnson Anderson, III_   Ofc: _1_  Date: _11/28/89_  Serial No. _774 472_

*INSTRUCTIONS: If data base information must be amended, the R&A Clerk should check (√) the "Amended" column. The text editor should check (√) the "Entered" column after the amendment has been entered in the data base.*   **RETAIN IN FILE WRAPPER**

| Screen Code | Amended √ | Entered √ | Amendment To: |
|---|---|---|---|
| A M | √ | √ | Amended To - Register: |
| P Y | | | Applicant:  [ ] Name |
| | | | [ ] Address |
| | | | [ ] Entity Type |
| | | | [ ] Citizenship/State of Incorporation |
| E N | | | Entity Statement: |
| N C | | | Assignment or Name Change Statement: |
| A T | | | Attorney Name: |
| C S | | | Certification Statement: |
| C O | | | Composed of Statement: |
| C U | | | Concurrent Use Statement: |
| C D | | | Correspondence:  [ ] Name: |
| | | | [ ] Address: |
| C L | | | Date of First Use: |
| C L | | | Date of First Use in Commerce: |
| D M | | | Description of Mark Statement: |
| D B | | | Doing Business As (DBA) or Also Known As (AKA) Statement: |
| D1/DO | | | Disclaimer: |
| D R | | | Domestic Representative: |
| A M | | | Filing Date: |
| F N | | | Foreign Registration:  [ ] Country: |
| | | | [ ] Application Date: |
| | | | [ ] Registration Date: |
| | | | [ ] Renewal Date: |
| _L/GS | | | Goods and Services: |
| C L | | | International Class: |
| L S | | | Lining and Stippling Statement: |
| M K | | | Mark Drawing Code:          New Drawing: [ ] Yes [ ] No |
| A M | | | Mark Type: |
| N Ø | | | Name/Portrait Description Statement: |
| P R | | | Prior U.S. Registrations: |
| T F | | | Section 2(f):  [ ] Entire Mark |
| | | | [ ] In Part |
| | | | [ ] Limitation Statement |
| T R | | | Translation Statement: |
| C L | | | U.S. Class: |
| A F | | | Use in Another Form: |

Other Information or Amendments:

No Amending Required ( )

_____

_____

_____

_____

_____

_____

All indicated amendments have been entered in the data base in accordance with the above instructions and text editing guidelines:   _____M_____   Date: _12/5/89_
                                    (Text Editor)

TDMK 000029



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Examining Operation

In re application of:                    )
                                         )
Minnesota Mining and Manufacturing )
    Company, a.k.a., 3M                  )
                                         )   Trademark Law Office 1
Serial No. 73/774472                     )   Mary C. Mack
                                         )   Trademark Attorney
Filed:  January 13, 1989                 )
                                         )
For:  Trademark "PREMIUM BLUE"           )

AMENDMENT

Box 5
Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir/Madam:

    In response to the Office Action mailed September 26, 1989,
please amend the above application to the Supplemental Register by
deleting the word "PRINCIPAL" and substitute therefore the word
--"SUPPLEMENTAL"--.

    Additionally, please amend the application to contain the
statement that:  --Applicant has used the mark lawfully in
interstate commerce with the goods for the year preceding the filing
date of this Amendment to the Supplemental Register--.

## REMARKS

The above Amendment is made in response to the Office Action mailed September 26, 1989. It is believed that, after this Amendment has been entered, this application will be found to be in condition to be issued, and such action is earnestly solicited.

Respectfully submitted,

C. H. Lauder
Attorney for Applicant

November 7, 1989
P.O. Box 33427
St. Paul, Minnesota 55133-3427
(612) 733-1510

TDMK 000031

U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

Paper No.

| SERIAL NO. | APPLICANT | ADDRESS: |
|---|---|---|
| 73/774472 MINNESOTA MINING AND MANUFACTURING COMPAET | | Commissioner of Patents and |

MARK

PREMIUM BLUE

ADDRESS

CHARLES H. LAUDER
3M CENTER
SAINT PAUL, MN   55144

ACTION NO.

02

MAILING DATE

09/26/89

Trademarks
Washington, DC
20231

The address of
all correspondence
not containing fee
payments should
include the word
"Box 5."

FORM PTO-1525 (2-84)      U.S. DEPT. OF COMM. PAT. & TM OFFICE

Also furnish: (1) Serial number of application, (2) The mark, (3) Examining Attorney's name and Law Office number, (4) Mailing date of this action, and (5) Applicant's name (or applicant's attorney), telephone number and zip code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT.
------------------------------------------------------------------------
774472   9/21

This letter responds to Applicant's communication filed on August 28, 1989.

Applicant's amendment to the identification and classification have been entered in the record.  The refusal under Section 2(e)(1) of the Trademark Act is repeated and hereby made FINAL on the ground that the proposed mark merely describes a feature or characteristic of applicant's goods.

Applicant's goods are masking tape of premium grade and blue in color.  As a result, the mark merely describes under Section 2 of the Act a feature or characteristic of the goods.

The Trademark Act Section 23, 15 U.S.C. Section 1091, requires that an Applicant complete one year of lawful use before seeking registration on the Supplemental Register.  The Applicant does not satisfy this requirement at this time.  The Applicant will be eligible for registration on November 5, 1989, and on or after this date can amend the application by submitting the following statement:

   The Applicant has used the mark lawfully in interstate
   commerce with the goods for the year preceding the
   filing date of this amendment to the Supplemental
   Register.

TDMK 000032

Page 2

37 C.F.R. Section 2.47; TMEP sections 1115.01 and 1115.02.  The
Applicant must indicate the type of commerce, for instance, interstate.

In addition, please note that the Trademark Law Revision Act of 1988, which
takes effect on November 16, 1989, will eliminate the requirement that the
Applicant use the mark in commerce for one year to seek registration on the
Supplemental Register.  Therefore, an amendment to seek registration on the
Supplemental Register which is filed on or after that date does not require
the "one-year-lawful-use" statement.

MCM/lr

Mary C. Mack
Trademark Attorney
Law Office 1
(703) 557-3273
Serial No. 774472

## AMENDMENT WORK SHEET

Name: __Lisa Wallace__ _LW_   Ofc: _3_   Date: _8/24_   Serial No. _774472_

*INSTRUCTIONS: If data base information must be amended, the R&A Clerk should check (√) the "Amended" column. The text editor should check (√) the "Entered" column after the amendment has been entered in the data base.*   **RETAIN IN FILE WRAPPER**

| Screen Code | Amended √ | Entered √ | Amendment To: |
|---|---|---|---|
| AM | | | Amended To - Register: |
| PY | | | Applicant:  [ ] Name  [ ] Address  [ ] Entity Type  [ ] Citizenship/State of Incorporation |
| EN | | | Entity Statement: |
| NC | | | Assignment or Name Change Statement: |
| AT | | | Attorney Name: |
| CS | | | Certification Statement: |
| CO | | | Composed of Statement: |
| CU | | | Concurrent Use Statement: |
| CD | | | Correspondence:  [ ] Name:  [ ] Address: |
| CL | | | Date of First Use: |
| CL | | | Date of First Use in Commerce: |
| DM | | | Description of Mark Statement: |
| DB | | | Doing Business As (DBA) or Also Known As (AKA) Statement: |
| D1/D0 | | | Disclaimer: |
| DR | | | Domestic Representative: |
| AM | | | Filing Date: |
| FN | | | Foreign Registration:  [ ] Country:  [ ] Application Date:  [ ] Registration Date:  [ ] Renewal Date: |
| CL/GS | √ | √ | Goods and Services: |
| CL | √ | √ | International Class: _Reclassify_ |
| LS | | | Lining and Stippling Statement:   New Drawing: [ ] Yes [ ] No |
| MK | | | Mark Drawing Code: |
| AM | | | Mark Type: |
| NØ | | | Name/Portrait Description Statement: |
| PR | | | Prior U.S. Registrations: |
| TF | | | Section 2(f):  [ ] Entire Mark  [ ] In Part  [ ] Limitation Statement |
| TR | | | Translation Statement: |
| CL | | | U.S. Class: |
| AF | | | Use in Another Form: |

Other Information or Amendments:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| All indicated amendments have been entered in the data base in accordance with the above instructions and text editing guidelines: | _Crr_   (Text Editor) | Date: _5-25_ |
|---|---|---|

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Examining Operation

In re application of:                          )
                                               )
Minnesota Mining and Manufacturing            )       Trademark Law Office 1
    Company, a.k.a., 3M                         )
                                               )
Serial No. 73/774472                           )       Mary Mack
                                               )       Trademark Attorney
Filed: January 13, 1989                         )
                                               )
For:  The Trademark "PREMIUM BLUE"             )

AMENDMENT

Box 5
Commissioner of Patents and Trademarks
Washington, D.C.  20231 .

Dear Sir/Madam:

      In response to the Office Action mailed March 10, 1989, please amend the identification of goods in the above application by deleting therefrom the words "adhesive tape," and substitute therefor the words -- masking tape --.

      Additionally, please amend the class number of this application by deleting therefrom the number "16," and substitute therefor the number -- 17 --.

REMARKS

      The above amendment is made in response to the request for clarification of the identification of goods contained in the Office Action mailed March 10, 1989.

      In response to the request contained in that Office Action, the Applicant submits herewith a photograph of the goods.

TDMK 000035

As can be seen from the enclosed photograph, the masking tape sold under this trademark is blue in color, but Applicant is not claiming the color blue as part of its trademark. Instead, Applicant's trademark is "PREMIUM BLUE", and it is submitted that the words representing colors for many goods have been included as part of the trademarks for them. Accordingly, Applicant requests reconsideration of the rejection under Section 2(e)(1), and it is believed that, upon such reconsideration, after entry of the above amendment, this application will be found to be in condition to be passed to publication, and such action is earnestly solicited.

Respectfully submitted,

C. H. Lauder
Attorney for Applicant

August 7, 1989
P.O. Box 33427
St. Paul, Minnesota 55133-3427
(612) 733-1510

U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

| SERIAL NO. | APPLICANT | | Paper No. |
|---|---|---|---|
| 73/774472 MINNESOTA MINING AND MANUFACTURING COMPAE1 | | | |

| MARK | | | |
|---|---|---|---|
| PREMIUM BLUE | | ACTION NO. | |
| ADDRESS | | 01 | |
| CHARLES H. LAUDER 3M CENTER SAINT PAUL, MN 55144 | | MAILING DATE 03/10/89 | |

ADDRESS:
Commissioner of
Patents and
Trademarks
Washington, DC
20231

The address of
all correspondence
not containing fee
payments should
include the word
"Box 5."

FORM PTO-1525 (2-84)     U.S. DEPT. OF COMM. PAT. & TM OFFICE

Also furnish: (1) Serial number of application, (2) The mark, (3) Examining Attorney's name and Law Office number, (4) Mailing date of this action, and (5) Applicant's name (or applicant's attorney), telephone number and zip code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT.

---

774472

The assigned Examining Attorney has reviewed the referenced application and determined the following.

The Examining Attorney refuses registration on the Principal Register because the proposed mark merely describes the goods.  Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1) (1986); TMEP section 1209.01.

A mark is merely descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1) (1986), if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods.  In re MetPath Inc., 223 USPQ 88 (TTAB 1984); In re Bright-Crest, Ltd., 204 USPQ 591 (TTAB 1979).

Applicant's goods are a premium grade blue tape and, as such, the proposed mark merely describes a feature or characteristic of the goods.

The Applicant must submit photograph or sample of the goods to permit proper consideration of the application.  37 C.F.R. Section 2.61(b); TMEP sections 1103.04 and 1105.02.

TDMK 000037

-2-

The identification of goods is indefinite.  It appears from the specimens
of record that applicant's goods are masking tape.  If accurate, amendment
to classification is necessary.  The following is suggested:

   masking tape in class 17.

The Examining Attorney has searched the Office records and has found no
similar registered or pending mark which would bar registration under
Trademark Act Section 2(d), 15 U.S.C. Section 1052(d) (1986). TMEP section
1105.01.

MM:ics

Mary Mack
Trademark Attorney, Law Office 1
703 557-4655

73/774472

TRADEMARK APPLICATION, ~~PRINCIPAL~~ Supplemental REGISTER, WITH DECLARATION
(CORPORATION)

MARK:  PREMIUM BLUE
CLASS NO. 16 / 17

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Minnesota Mining and Manufacturing Company, a.k.a. 3M, a cor-
poration of the State of Delaware, 3M Center, Saint Paul,
Minnesota 55144.

The above identified applicant has adopted and is using the
trademark shown in the accompanying drawing for the following
goods: ~~adhesive~~ masking tape and requests that said mark be registered
in the United States Patent and Trademark Office on the
~~Principal~~ Supplemental Register established by the Act of July 5, 1946.

The trademark was first used on the goods at least as early as
November 5, 1988; was first used on the goods in interstate
commerce at least as early as November 5, 1988; and is now in
use in such commerce.

The mark is used by applying it to labels affixed to the
containers for the goods and five specimens showing the mark as
actually used are presented herewith.

Walter N. Kirn being hereby warned that willful false state-
ments and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may
jeopardize the validity of the application or any registra-
tion resulting therefrom, declares that he is Assistant
Secretary of applicant corporation and is authorized to execute
this instrument on behalf of said corporation; he believes said
corporation to be the owner of the trademark sought to be
registered; to the best of his knowledge and belief no other
person, firm, corporation, or association has the right to use
said mark in commerce, either in the identical form or in such
near resemblance thereto as may be likely, when applied to the
goods of such other person, to cause confusion, or to cause
mistake, or to deceive; that facts set forth in this
application are true; and all statements made of his own
knowledge are true and all statements made on information and
belief are believed to be true.

MINNESOTA MINING AND MANUFACTURING COMPANY

By: *Walter N. Kirn*
Walter N. Kirn
Assistant Secretary

## POWER OF ATTORNEY

Minnesota Mining and Manufacturing Company, a.k.a. 3M, hereby
appoints Charles H. Lauder, 3M Center, Saint Paul, Minnesota
55144, phone 612-733-1510, an attorney admitted to practice
before the Supreme Court of the State of Minnesota, as its
attorney, with full power of substitution and revocation, to
prosecute this application to registration, to receive the
certificate of registration when issued, and to transact all
business with the Patent and Trademark Office in connection
therewith.

MINNESOTA MINING AND MANUFACTURING COMPANY

By: _Walter N. Kirn_____
    Walter N. Kirn
    Assistant Secretary

TRADEMARK APPLICATION SERIAL NO. _73/774472_

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

080  01/17/89  774472                    1 301      200.00 CK

PTO-1555
(5/87)

TDMK 000041

# CODING SHEET FOR PSEUDO MARKS AND DESIGN SEARCH CODES

SERIAL NUMBER _____ *774472* _____

PSEUDO MARK (PM) _____

_____

DESIGN SEARCH CODE(S) (WIPO) *mdc= 1*

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

Verify word mark _____

Verify mark drawing code _____

FORM PTO-1562
(3-87)

FORM PTO-1328
REV 1-83

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

## TRADEMARK APPLICATION FILE DATA WORKSHEET

| 1 SERIAL NUMBER | 2 FILING DATE 01-13-1984 | 3 LAW OFFICE |
|---|---|---|
| 774472 | 4 REGISTER TYPE PR | 5 MARK DRAWING CODE 1 |

**F2**

PREMIUM BLUE

**F3**

| 1 INT. CL. | 2. 1st USE DATE | 3. 1st COMMERCE | 4. PAID | 5. PRIOR U.S. CLASS(ES) | 6. GOODS/ SERVICES |
|---|---|---|---|---|---|
| 0116 | 11051988 | 11051988 | X | 005 | |
| | | | | | |
| | | | | | SEE APPLI-CATION |
| | | | | | |
| | | | | | |

**F4**

APPLICANT INFORMATION

| | 1 ENTITY | 2. ENTRY NO. | 3. CITIZENSHIP | 4 NAME |
|---|---|---|---|---|
| 1st | | | | |
| 2nd | | SEE APPLICATION | | |
| 3rd | | | | |

**F5**

| ENTRY NO. | APPLICANT ADDRESS |
|---|---|
| 01 | |
| 02 | SEE APPLICATION |
| 03 | |

**F6,7** CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION

**F8**

| ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE |
|---|---|---|---|
| 01 | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |
| ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO. | FOREIGN FILING DATE |
| 02 | FOREIGN REGISTRATION NO. | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |

**F9** PRIOR U.S. REGISTRATIONS - SEE APPLICATION

**F10**

| TEXT TYPE CODE | ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW) |
|---|---|
| | |

EMPLOYEE NUMBER

USCOMM DC 83 3775

2002 ☾                              ☾ **3M**

Scotch™ Brand

Premium Blue™ Painters' Tape

3/4 In x 40 Yds (19.0mm x 36.5m)

12 Rolls
2002                                 **3M**

Scotch™ Brand

Premium Blue™ Painters' Tape

3/4 In x 40 Yds (19.0mm x 36.5m)

12 Rolls
2002                                 **3M**

Scotch™ Brand

Premium Blue™ Painters' Tape

3/4 In x 40 Yds (19.0mm x 36.5m)

12 Rolls
2002                                 **3M**

Scotch™ Brand

Premium Blue™ Painters' Tape

3/4 In x 40 Yds (19.0mm x 36.5m)

12 Rolls
2002                                 **3M**

Scotch™ Brand

Premium Blue™ Painters' Tape

3/4 In x 40 Yds (19.0mm x 36.5m)

12 Rolls
Qty.

70-0702-1501-0
3M I.D. NO.



500 51131 56372 3

TDMK 000044

Int. Cl.: 17

Prior U.S. Cl.: 5

**United States Patent and Trademark Office**

Reg. No. 1,582,068
Registered Feb. 6, 1990

## TRADEMARK
### SUPPLEMENTAL REGISTER

## PREMIUM BLUE

MINNESOTA MINING AND MANUFACTUR-
ING COMPANY (DELAWARE CORPORA-
TION) , AKA 3M,
3M CENTER
SAINT PAUL, MN 55144

FOR: MASKING TAPE, IN CLASS 17 (U.S.
CL. 5).

FIRST USE 11-5-1988; IN COMMERCE
11-5-1988.

SER. NO. 73-774,472, FILED P.R. 1-13-1989;
AM. S.R. 11-13-1989.

MARY C. MACK, EXAMINING ATTORNEY

**73/774472**

| | |
|---|---|
| Applicant: | Minnesota Mining and Manufacturing Company, a.k.a. 3M, a corporation of the State of Delaware |
| Address: | 3M Center, Saint Paul, Minnesota 55144 |
| Date of First Use: | At least as early as November 5, 1988 |
| Date of First Use In Interstate Commerce: | At least as early as November 5, 1988 |
| Goods: | Adhesive tape |

1-13-89

INT. CL. 16 17

PRIOR U. S. CL. 5

PREMIUM BLUE

AMENDED TO 2
SUPPLEMENTAL REGISTER

REGISTERED
5 1990

1582068

TDMK 000047





TDMK 000048

```
***** USER ID IS ex188327 *****
   # OF MARKS    # DISPLAYED   SEARCH
                      23       PHRASCH /OW MINNESOTA MINING
SS1:     1114          0       PHRASCH :PREMUIM:
SS2:        0                  PHRASCH :PREMIUM:
SS3:      320          1       PHRASCH :BLUE: ^ BLU
SS4:     2571          1       PHRASCH 3 & 4
SS5:        4          4       PHRASCH /GS MASKING TAPE
SS6:       54         12       PHRASCH (3^4) & 005/UC
SS7:       11         11       PHRASCH (3^4) & 005/UC
HELLO FROM SDC/ORBIT IV,  (03/06/89  7:33 A,M,  EASTERN TIME)
YOU ARE NOW CONNECTED TO THE ACTIVE TRADEMARK DATABASE,
TIMEPROMPTING IS NOW IN EFFECT,
SEARCH AUDITING IS NO LONGER IN EFFECT,
```

Search
V'd

FPI-LOM

PTO-102 (6-78)
U.S. Dept. of Commerce–Patent and Trademark Office

| 1. REG. NO. 1582068 | 3. MARK PREMIUM BLUE | | | SEP. | 4. SER. NO. 73/774472 |
|---|---|---|---|---|---|
| 2. REG. DATE FEB 06 1990 | | | | | 5. REGISTER ~~PRINCIPAL~~ Supplemental |
| 6. INTERNATIONAL CLASS 17 | 7. PRIOR U.S. CLASS 5 | | 8. FILING DATE 01/13/89 | | 9. LAW OFFICE 510 |

| 10. APPLICANT AND POST OFFICE | 16. EXAMINING ATTORNEY |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY AKA 3M 3M CENTER SAINT PAUL, MINNESOTA 55144 CORPORATION OF DELAWARE | *mark* |
| | 17. TYPE OF MARK TRADEMARK |
| | 18. FIRST USE ICL 017 11/05/1988. |
| 11. CORRESPONDENCE ADDRESS CHARLES H. LAUDER 3M CENTER SAINT PAUL, MN 55144 | 19. IN COMMERCE ICL 017 11/05/1988. |
| | 20. FOREIGN REG. AND APPL. DATA |
| 12. DOMESTIC REPRESENTATIVE | |
| 13. APPLICANT'S ATTORNEY CHARLES H. LAUDER | |
| 15. GOODS–SERVICES 017-Masking Tape. | |
| 21. OTHER DATA | |

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE–PATENT AND TRADEMARK OFFICE

| 22. A M E N D E D | AMENDED TO SUPPLEMENTAL REGISTER *November 13, 1989* | 25. Supervisory Examiner | |
|---|---|---|---|
| | | 26. Examiner | |
| 23. A F F I D A V I T | Section 8 | 27. Passed AMENDED TO SUPPLEMENTAL REGISTER | |
| | Section 15 | 28. Passed for Registration *Mary C. Noch* | |
| | Section 12 C | 29. O.G. Date AMENDED TO SUPPLEMENTAL REGISTER | |
| 24. R E N E W A L | Passed for Renewal | | |
| | Renewed From | TDMK 000050 | |
| | ☐ Less Goods | | |

SE
13/774472



CLASS

17

# CONTENTS:

Application ················ papers.

1. *Amdt. A, Spec* ·············· Aug.10/89 CM Rec 8-28
   SEP 26 1989

2. ·············································

3. *Amdt. B* ·························· Nov. 13, 1989 (42)

4. ·············································

5. ·············································

6. ·············································

7. ·············································

8. ·············································

9. ·············································

10. ·············································

11. ·············································

12. ·············································

13. ·············································

14. ·············································

15. ·············································

16. ·············································

17. ·············································

18. ·············································

19. ·············································

20. ·············································

21. ·············································

22. ·············································

23. ·············································

24. ·············································

25. ·············································

26. ·············································

27. ·············································

28. ·············································

29. ·············································

30. ·············································

TDMK 000051

28 DEC 1989

TDMK 000052