UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

3M COMPANY,  
               Plaintiff,

vs.

INTERTAPE POLYMER GROUP, INC.,
IPG (U.S.) HOLDINGS INC., IPG (U.S.)
INC. and CENTRAL PRODUCTS
COMPANY,

               Defendants.

CASE NO. 03-2651 JRT/FLN

---

DEFENDANT'S EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

DEFENDANT'S EXHIBIT NUMBER 21



## CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

3M 006143



Commissioner of Patents and Trademarks

## Maintenance Requirements

**Section 8:**  This registration will be cancelled after six (6) years by the Commissioner of Patents and Trademarks, *UNLESS, before the end of the sixth year following the date of registration shown on this certificate*, the registrant files in the U.S. Patent and Trademark Office an affidavit of continued use as required by Section 8 of the Trademark Act of 1946, 15 U.S.C. §1058, as Amended. **It is recommended that the Registrant contact the Patent and Trademark Office approximately five years after the date shown on this registration to determine the requirements and fees for filing a Section 8 affidavit that are in effect at that time.** Currently a fee and a specimen showing how the mark is used in commerce are required for *each* international class of goods and/or services identified in the certificate of registration and both must be enclosed with the affidavit.

**Section 9:**  This registration will expire by law after ten (10) years, *UNLESS, before the end of the tenth year following the date of registration shown on this certificate*, the registrant files in the U.S. Patent and Trademark Office an application for renewal of the registration as required by Section 9 of the Trademark Act of 1946, 15 U.S.C. §1059, as Amended. **It is recommended that the Registrant contact the Patent and Trademark Office approximately nine years after the date shown on this registration to determine the requirements and fees for filing a Section 9 application for renewal that are in effect at that time.** Currently a fee and a specimen showing how the mark is used in commerce are required for *each* international class of goods and/or services identified in the certificate of registration and both must be enclosed with the application for renewal.

3M 006144

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50

**United States Patent and Trademark Office**

Reg. No. 2,176,916
Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTURING COMPANY (MINNESOTA CORPORATION), AKA 3M
3M CENTER
ST. PAUL, MN 551441000

FOR: PREMIUM-QUALITY MASKING TAPE, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).
FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.
THE DRAWING IS LINED FOR BLUE AND COLOR IS CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE SINGLE COLOR BLUE AS APPLIED TO THE ENTIRETY OF THE GOODS. THE DOTTED LINES MERELY INDICATE THE POSITION OF THE MARK ON THE GOODS AND DO NOT FORM PART OF THE MARK.

SEC. 2(F).

SER. NO. 75-339,125, FILED 8-11-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

3M 006145