UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br>    Plaintiff,<br>vs.<br><br>INTERTAPE POLYMER GROUP, INC.,<br>IPG (U.S.) HOLDINGS INC., IPG (U.S.)<br>INC. and CENTRAL PRODUCTS<br>COMPANY,<br><br>    Defendants. | CASE NO. 03-2651 JRT/FLN |

DEFENDANT'S EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

DEFENDANT'S EXHIBIT NUMBER 27

Arthurchapman.txt

Data extracted on: April 26, 2005 (9:54:37 AM)

Employment, Hours, and Earnings from the Current Employment Statistics survey (National)

Series Id:       CEU2023832001
Not Seasonally Adjusted
Super Sector:    Construction
Industry:        Painting and wall covering contractors
NAICS Code:      23832
Data Type:       ALL EMPLOYEES, THOUSANDS

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 157.8 | 154.4 | 156.5 | 163.6 | 173.7 | 183.3 | 189.1 | 190.6 | 180.6 | 177.6 | 169.9 | 157.2 | 171.2 |
| 1991 | 141.5 | 135.0 | 137.8 | 144.5 | 156.6 | 167.0 | 172.7 | 172.4 | 166.3 | 163.9 | 153.3 | 143.6 | 154.6 |
| 1992 | 132.1 | 127.1 | 131.5 | 139.9 | 150.0 | 156.9 | 162.7 | 164.5 | 162.8 | 160.8 | 153.4 | 144.9 | 148.9 |
| 1993 | 133.8 | 132.4 | 133.7 | 144.9 | 156.1 | 167.3 | 171.0 | 176.5 | 172.2 | 174.7 | 166.5 | 157.0 | 157.2 |
| 1994 | 138.1 | 138.6 | 143.5 | 155.1 | 166.7 | 179.1 | 184.1 | 189.7 | 183.9 | 183.5 | 181.3 | 167.5 | 167.6 |
| 1995 | 151.7 | 151.1 | 154.4 | 165.8 | 176.7 | 188.4 | 196.0 | 198.1 | 194.4 | 190.2 | 183.7 | 174.9 | 177.1 |
| 1996 | 159.2 | 158.2 | 159.7 | 176.0 | 188.8 | 197.5 | 204.3 | 206.0 | 200.7 | 198.9 | 193.1 | 183.2 | 185.5 |
| 1997 | 167.2 | 164.3 | 168.9 | 183.3 | 194.1 | 207.3 | 214.3 | 215.6 | 209.0 | 208.1 | 201.0 | 189.9 | 193.6 |
| 1998 | 176.7 | 173.9 | 176.3 | 191.2 | 201.9 | 213.7 | 220.1 | 223.0 | 216.0 | 214.9 | 210.9 | 202.5 | 201.8 |
| 1999 | 186.3 | 188.4 | 191.1 | 209.0 | 221.9 | 234.1 | 241.3 | 241.6 | 234.8 | 228.7 | 227.1 | 214.1 | 218.2 |
| 2000 | 198.4 | 195.6 | 203.2 | 210.6 | 220.1 | 232.7 | 241.4 | 242.9 | 234.5 | 231.1 | 224.5 | 216.3 | 220.9 |
| 2001 | 197.9 | 197.9 | 201.6 | 210.8 | 221.5 | 235.6 | 238.7 | 242.4 | 237.6 | 234.2 | 226.9 | 216.2 | 221.8 |
| 2002 | 198.7 | 197.0 | 199.6 | 208.9 | 222.2 | 229.4 | 237.4 | 240.8 | 234.8 | 232.5 | 225.2 | 215.6 | 220.2 |
| 2003 | 197.1 | 192.8 | 194.6 | 199.9 | 213.2 | 227.2 | 234.1 | 238.0 | 229.6 | 225.7 | 217.3 | 206.4 | 214.7 |
| 2004 | 193.4 | 192.1 | 201.6 | 211.1 | 228.0 | 243.3 | 245.7 | 247.5 | 237.5 | 234.1 | 225.8 | 215.6 | 223.0 |
| 2005 | 202.9 | 199.5(p) | | | | | | | | | | | |

Page 1



**U.S. Department of Labor**
**Bureau of Labor Statistics**
*Occupational Outlook Handbook*



**www.bls.gov**

OOH Search/A-Z Index

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL



Printer-friendly version (HTML) (PDF)

# Painters and Paperhangers

Nature of the Work | Working Conditions | Employment | Training, Other Qualifications, and Advancement | Job Outlook | Earnings | Related Occupations | Sources of Additional Information

## SIGNIFICANT POINTS

- Largely due to worker turnover, employment prospects should be good.
- Most workers learn informally on the job as helpers; however, training authorities recommend completion of an apprenticeship program.
- Two in five painters and paperhangers are self-employed, compared with one in five of all construction trades workers.
- Working conditions can be hazardous.

**NATURE OF THE WORK**   [About this section]    Back to Top

Management
Professional and Related
Service
Sales
Administrative Support
Farming and Related
Construction
Installation and Related
Production
Transportation
Job Opportunities in the Armed Forces

Tomorrow's Jobs
OOH Reprints
Other OOH Info
Order

Career Guide to Industries

OOQ Online

Employment Projections

Publications Home

BLS Home

Paint and wall coverings make surfaces clean, attractive, and bright. In addition, paints and other sealers protect exterior surfaces from wear caused by exposure to the weather. Apprentices learn both painting and paperhanging, even though each requires different skills.

*Painters* apply paint, stain, varnish, and other finishes to buildings and other structures. They choose the right paint or finish for the surface to be covered, taking into account durability, ease of handling, method of application, and customers' wishes. Painters first prepare the surfaces to be covered, so that the paint will adhere properly. This may require removing the old coat of paint by stripping, sanding, wire brushing, burning, or water and abrasive blasting. Painters also wash walls and trim to remove dirt and grease, fill nail holes and cracks, sandpaper rough spots, and brush off dust. On new surfaces, they apply a primer or sealer to prepare the surface for the finish coat. Painters also mix paints and match colors, relying on knowledge of paint composition and color

CASE 0:03-cv-02651-JRT-FLN   Document 42-9   Filed 05/04/05   Page 4 of 8

harmony. In large paint shops or hardware stores, these functions are automated.

There are several ways to apply paint and similar coverings. Painters must be able to choose the right paint applicator for each job, depending on the surface to be covered, the characteristics of the finish, and other factors. Some jobs need only a good bristle brush with a soft, tapered edge; others require a dip or fountain pressure roller; still others can best be done using a paint sprayer. Many jobs need several types of applicators. The right tools for each job not only expedite the painter's work but also produce the most attractive surface.

When working on tall buildings, painters erect scaffolding, including "swing stages," scaffolds suspended by ropes, or cables attached to roof hooks. When painting steeples and other conical structures, they use a bosun's chair, a swing-like device.

*Paperhangers* cover walls and ceilings with decorative wall coverings made of paper, vinyl, or fabric. They first prepare the surface to be covered by applying "sizing," which seals the surface and makes the covering stick better. When redecorating, they may first remove the old covering by soaking, steaming, or applying solvents. When necessary, they patch holes and take care of other imperfections before hanging the new wall covering.

After the surface has been prepared, paperhangers must prepare the paste or other adhesive. Then, they measure the area to be covered, check the covering for flaws, cut the covering into strips of the proper size, and closely examine the pattern in order to match it when the strips are hung. Much of this process can now be handled by specialized equipment.

The next step is to brush or roll the adhesive onto the back of the covering and to then place the strips on the wall or ceiling, making sure the pattern is matched, the strips are hung straight, and the edges are butted together to make tight, closed seams. Finally, paperhangers smooth the strips to remove bubbles and wrinkles, trim the top and bottom with a razor knife, and wipe off any excess adhesive.

**WORKING CONDITIONS**         [About this section]          Back to Top

Most painters and paperhangers work 40 hours a week or less; about one-quarter have variable schedules or work part time. Painters and paperhangers must stand for long periods. Their jobs also require a considerable amount of climbing and bending. These workers must have stamina, because much of the work is done with their arms raised overhead. Painters often work outdoors but seldom in wet, cold, or inclement weather.

Painters and paperhangers risk injury from slips or falls off ladders and scaffolds. They sometimes may work with materials that can be hazardous if masks are not worn or if ventilation is poor. Some painting jobs can leave a worker covered with paint. In some cases, painters may work in a sealed self-contained suit to prevent inhalation of or contact with hazardous materials.

**EMPLOYMENT**          [**About this section**]           Back to Top

Painters and paperhangers held about 468,000 jobs in 2002; most were painters. Around 42 percent of painters and paperhangers work for contractors engaged in new construction, repair, restoration, or remodeling work. In addition, organizations that own or manage large buildings—such as apartment complexes—employ maintenance painters, as do some schools, hospitals, factories, and government agencies.

Self-employed independent painting contractors accounted for two in five of all painters and paperhangers, significantly greater than the one in five of construction trades workers in general.

**TRAINING, OTHER QUALIFICATIONS, AND ADVANCEMENT**          [**About this section**]           Back to Top

Painting and paperhanging are learned through apprenticeship or informal, on-the-job instruction. Although training authorities recommend completion of an apprenticeship program as the best way to become a painter or paperhanger, most painters learn the trade informally on the job as a helper to an experienced painter. Limited opportunities for informal training exist for paperhangers because few paperhangers need helpers.

The apprenticeship for painters and paperhangers consists of 2 to 4 years of on-the-job training, in addition to 144 hours of related classroom instruction each year. Apprentices receive instruction in color harmony, use and care of tools and equipment, surface preparation, application techniques, paint mixing and matching, characteristics of different finishes, blueprint reading, wood finishing, and safety.

Whether a painter learns the trade through a formal apprenticeship or informally as a helper, on-the-job instruction covers similar skill areas. Under the direction of experienced workers, trainees carry supplies, erect scaffolds, and do simple painting and surface preparation tasks while they learn about paint and painting equipment. As they gain experience, trainees learn to prepare

surfaces for painting and paperhanging, to mix paints, and to apply paint and wall coverings efficiently and neatly. Near the end of their training, they may learn decorating concepts, color coordination, and cost-estimating techniques. In addition to learning craft skills, painters must become familiar with safety and health regulations so that their work complies with the law.

Apprentices or helpers generally must be at least 18 years old and in good physical condition. A high school education or its equivalent, with courses in mathematics, usually is required to enter an apprenticeship program. Applicants should have good manual dexterity and color sense.

Painters and paperhangers may advance to supervisory or estimating jobs with painting and decorating contractors. Many establish their own painting and decorating businesses.

**JOB OUTLOOK**        [**About this section**]         **Back to Top**

Job prospects should be good, as thousands of painters and paperhangers transfer to other occupations or leave the labor force each year. Because there are no strict training requirements for entry, many people with limited skills work as painters or paperhangers for a short time and then move on to other types of work. Many fewer openings will arise for paperhangers because the number of these jobs is comparatively small.

In addition to the need to replace experienced workers, new jobs will be created. Employment of painters and paperhangers is expected to **grow about as fast as the average** for all occupations through the year 2012, reflecting increases in the level of new construction and in the stock of buildings and other structures that require maintenance and renovation. Painting is very labor-intensive and not susceptible to technological changes that might make workers more productive and, thus, restrict employment growth.

Jobseekers considering these occupations should expect some periods of unemployment, especially until they gain experience. Many construction projects are of short duration, and construction activity is cyclical and seasonal in nature. Remodeling, restoration, and maintenance projects, however, often provide many jobs for painters and paperhangers even when new construction activity declines. The most versatile painters and skilled paperhangers generally are best able to keep working steadily during downturns in the economy.

### EARNINGS           [About this section]           ▲ Back to Top

In 2002, median hourly earnings of painters, construction and maintenance, were $13.98. The middle 50 percent earned between $11.08 and $18.00. The lowest 10 percent earned less than $9.10, and the highest 10 percent earned more than $23.90. Median hourly earnings in the industries employing the largest numbers of painters in 2002 are shown below:

| | |
|---|---|
| Local government | $17.46 |
| Residential building construction | 14.01 |
| Building finishing contractors | 14.00 |
| Lessors of real estate | 11.62 |
| Employment services | 10.21 |

In 2002, median earnings for paperhangers were $15.22. The middle 50 percent earned between $11.52 and $20.38. The lowest 10 percent earned less than $9.04, and the highest 10 percent earned more than $25.64.

Earnings for painters may be reduced on occasion because of bad weather and the short-term nature of many construction jobs. Hourly wage rates for apprentices usually start at 40 to 50 percent of the rate for experienced workers and increase periodically.

Some painters and paperhangers are members of the International Brotherhood of Painters and Allied Trades. Some maintenance painters are members of other unions.

### RELATED OCCUPATIONS           [About this section]           ▲ Back to Top

Painters and paperhangers apply various coverings to decorate and protect wood, drywall, metal, and other surfaces. Other construction occupations in which workers do finishing work include **carpenters**; **carpet, floor, and tile installers and finishers**; **drywall installers, ceiling tile installers, and tapers**; **painting and coating workers, except construction and maintenance**; and **plasterers and stucco masons**.

### SOURCES OF ADDITIONAL INFORMATION           [About this section]           ▲ Back to Top

┌─ DISCLAIMER: ─────────────────────────────────┐
│                                                │
└────────────────────────────────────────────────┘

> Links to non-BLS Internet sites are provided for your convenience and do not constitute an endorsement.

For details about painting and paperhanging apprenticeships or work opportunities, contact local painting and decorating contractors, a local of the International Union of Painters and Allied Trades, a local joint union-management apprenticeship committee, or an office of the State apprenticeship agency or employment service.

For information about the work of painters and paperhangers and training opportunities, contact:
- International Union of Painters and Allied Trades, 1750 New York Ave. NW., Washington, DC 20006. Internet: **http://www.iupat.org**
- Associated Builders and Contractors, Workforce Development Department, 4250 North Fairfax Dr., 9th Floor, Arlington, VA 22203.
- Painting and Decorating Contractors of America, 3913 Old Lee Hwy., Fairfax, VA, 22030. Internet: **http://www.pdca.org**

There are more than 500 occupations registered by the U.S. Department of Labor's National Apprenticeship system. For more information on the Labor Department's registered apprenticeship system and links to State apprenticeship programs, check their Web site: http://www.doleta.gov.

**OOH ONET CODES**    **[About this section]**    **Back to Top**

47-2141.00, 47-2142.00

Suggested citation: Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Outlook Handbook, 2004-05 Edition*, Painters and Paperhangers, on the Internet at http://www.bls.gov/oco/ocos209.htm (visited April 25, 2005).

**Last Modified Date:** February 27, 2004

**Back to Top**                                            www.dol.gov

**Frequently Asked Questions** | **Freedom of Information Act** | **Customer Survey**
**Privacy & Security Statement** | **Linking to Our Site** | **Accessibility**