UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| 3M COMPANY, | CASE NO. 03-2651 JRT/FLN |
| Plaintiff, | |
| vs. | |
| INTERTAPE POLYMER GROUP, INC., IPG (U.S.) HOLDINGS INC., IPG (U.S.) INC. and CENTRAL PRODUCTS COMPANY, | |
| Defendants. | |

---

DEFENDANT'S EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

DEFENDANT'S EXHIBIT NUMBER 33

Resident Population Estimates of the United States by Age and Sex:
  April 1, 1990 to July 1, 1999, with Short-Term Projection to
  November 1, 2000 - Cont.
(Numbers in thousands. Consistent with the 1990 population estimates base.)

Source:   Population Estimates Program, Population Division,
          U.S. Census Bureau, Washington, D.C. 20233
Contact:  Statistical Information Staff, (301)457-2422 by phone,
          POP@CENSUS.GOV by e-mail (please include telephone number.)
Internet Release Date: December 20, 2000.

|  | July 1, 1994 | July 1, 1993 | July 1, 1992 | July 1, 1991 | July 1, 1990 | Apr. 1, 1990 |
|---|---|---|---|---|---|---|
| **BOTH SEXES** | | | | | | |
| Population, all ages | 260,327 | 257,783 | 255,030 | 252,153 | 249,464 | 248,791 |
| **Summary Indicators** | | | | | | |
| Median age.......... | 34.1 | 33.7 | 33.4 | 33.1 | 32.8 | 32.8 |
| Mean age............ | 35.7 | 35.6 | 35.4 | 35.3 | 35.2 | 35.2 |
| **Five-Year Age Groups** | | | | | | |
| Under 5 years....... | 19,700 | 19,674 | 19,492 | 19,189 | 18,853 | 18,765 |
| 5 to 9 years........ | 18,752 | 18,442 | 18,293 | 18,205 | 18,062 | 18,042 |
| 10 to 14 years...... | 18,716 | 18,508 | 18,102 | 17,679 | 17,198 | 17,067 |
| 15 to 19 years...... | 17,743 | 17,375 | 17,180 | 17,235 | 17,765 | 17,893 |
| 20 to 24 years...... | 18,389 | 18,785 | 19,047 | 19,156 | 19,135 | 19,143 |
| 25 to 29 years...... | 19,107 | 19,570 | 20,140 | 20,713 | 21,236 | 21,336 |
| 30 to 34 years...... | 22,133 | 22,227 | 22,240 | 22,157 | 21,912 | 21,838 |
| 35 to 39 years...... | 21,978 | 21,605 | 21,098 | 20,530 | 19,982 | 19,851 |
| 40 to 44 years...... | 19,716 | 19,209 | 18,807 | 18,761 | 17,795 | 17,593 |
| 45 to 49 years...... | 16,678 | 15,931 | 15,359 | 14,099 | 13,824 | 13,747 |
| 50 to 54 years...... | 13,195 | 12,728 | 12,055 | 11,648 | 11,370 | 11,315 |
| 55 to 59 years...... | 10,931 | 10,678 | 10,483 | 10,422 | 10,474 | 10,489 |
| 60 to 64 years...... | 10,077 | 10,236 | 10,438 | 10,581 | 10,619 | 10,627 |
| 65 to 69 years...... | 9,967 | 10,013 | 9,974 | 10,027 | 10,077 | 10,067 |
| 70 to 74 years...... | 8,736 | 8,616 | 8,468 | 8,244 | 8,023 | 7,981 |
| 75 to 79 years...... | 6,586 | 6,483 | 6,398 | 6,280 | 6,147 | 6,104 |
| 80 to 84 years...... | 4,360 | 4,255 | 4,140 | 4,039 | 3,935 | 3,910 |
| 85 to 89 years...... | 2,300 | 2,247 | 2,178 | 2,104 | 2,051 | 2,035 |
| 90 to 94 years...... | 967 | 916 | 865 | 827 | 765 | 748 |
| 95 to 99 years...... | 250 | 240 | 231 | 218 | 206 | 203 |
| 100 years and over.. | 45 | 43 | 41 | 40 | 37 | 36 |
| **Special Age Categories** | | | | | | |
| 5 to 13 years....... | 33,713 | 33,382 | 32,943 | 32,470 | 32,002 | 31,839 |
| 14 to 17 years...... | 14,492 | 13,989 | 13,703 | 13,452 | 13,322 | 13,345 |
| 18 to 24 years...... | 25,397 | 25,740 | 25,976 | 26,352 | 26,835 | 26,961 |
| 16 years and over... | 199,543 | 197,657 | 195,683 | 193,781 | 192,012 | 191,594 |
| 18 years and over... | 192,422 | 190,737 | 188,892 | 187,042 | 185,287 | 184,842 |
| 15 to 44 years...... | 119,066 | 118,772 | 118,513 | 118,551 | 117,824 | 117,655 |
| 65 years and over... | 33,211 | 32,814 | 32,296 | 31,779 | 31,241 | 31,083 |
| 85 years and over... | 3,563 | 3,446 | 3,315 | 3,189 | 3,060 | 3,022 |

Note: For more details about this table, see corresponding menu item
"Sources and Methods."

Resident Population Estimates of the United States by Age and Sex:
  April 1, 1990 to July 1, 1999, with Short-Term Projection to
  November 1, 2000 - Cont.
(Numbers in thousands. Consistent with the 1990 population estimates base.)

Source:    Population Estimates Program, Population Division,
           U.S. Census Bureau, Washington, D.C. 20233
Contact:   Statistical Information Staff, (301)457-2422 by phone,
           POP@CENSUS.GOV by e-mail (please include telephone number.)
Internet Release Date:  December 20, 2000.

|  | July 1, 1994 | July 1, 1993 | July 1, 1992 | July 1, 1991 | July 1, 1990 | Apr. 1, 1990 |
|---|---|---|---|---|---|---|
| **FEMALES** | | | | | | |
| Population, all ages | 133,278 | 131,995 | 130,606 | 129,197 | 127,838 | 127,507 |
| **Summary Indicators** | | | | | | |
| Median age | 35.2 | 34.9 | 34.6 | 34.3 | 34.0 | 34.0 |
| Mean age | 37.0 | 36.9 | 36.8 | 36.7 | 36.6 | 36.6 |
| **Five-Year Age Groups** | | | | | | |
| Under 5 years | 9,620 | 9,607 | 9,521 | 9,371 | 9,205 | 9,162 |
| 5 to 9 years | 9,154 | 9,002 | 8,929 | 8,885 | 8,816 | 8,806 |
| 10 to 14 years | 9,128 | 9,026 | 8,828 | 8,621 | 8,388 | 8,325 |
| 15 to 19 years | 8,623 | 8,447 | 8,356 | 8,389 | 8,652 | 8,714 |
| 20 to 24 years | 9,047 | 9,235 | 9,352 | 9,415 | 9,389 | 9,394 |
| 25 to 29 years | 9,552 | 9,772 | 10,044 | 10,326 | 10,578 | 10,629 |
| 30 to 34 years | 11,115 | 11,157 | 11,160 | 11,124 | 11,008 | 10,973 |
| 35 to 39 years | 11,052 | 10,869 | 10,622 | 10,348 | 10,078 | 10,014 |
| 40 to 44 years | 9,978 | 9,724 | 9,522 | 9,497 | 9,014 | 8,914 |
| 45 to 49 years | 8,495 | 8,113 | 7,820 | 7,188 | 7,045 | 7,006 |
| 50 to 54 years | 6,782 | 6,541 | 6,199 | 5,990 | 5,848 | 5,821 |
| 55 to 59 years | 5,692 | 5,560 | 5,463 | 5,437 | 5,470 | 5,480 |
| 60 to 64 years | 5,342 | 5,434 | 5,549 | 5,637 | 5,671 | 5,679 |
| 65 to 69 years | 5,466 | 5,507 | 5,501 | 5,536 | 5,564 | 5,559 |
| 70 to 74 years | 4,946 | 4,888 | 4,817 | 4,705 | 4,599 | 4,581 |
| 75 to 79 years | 3,923 | 3,881 | 3,848 | 3,795 | 3,735 | 3,714 |
| 80 to 84 years | 2,803 | 2,749 | 2,686 | 2,631 | 2,569 | 2,554 |
| 85 to 89 years | 1,600 | 1,569 | 1,525 | 1,475 | 1,440 | 1,429 |
| 90 to 94 years | 724 | 687 | 650 | 622 | 577 | 564 |
| 95 to 99 years | 199 | 191 | 183 | 173 | 162 | 159 |
| 100 years and over | 37 | 35 | 33 | 32 | 29 | 28 |
| **Special Age Categories** | | | | | | |
| 5 to 13 years | 16,454 | 16,291 | 16,075 | 15,844 | 15,617 | 15,538 |
| 14 to 17 years | 7,033 | 6,790 | 6,652 | 6,533 | 6,473 | 6,485 |
| 18 to 24 years | 12,466 | 12,629 | 12,736 | 12,935 | 13,155 | 13,217 |
| 16 years and over | 103,618 | 102,657 | 101,646 | 100,714 | 99,805 | 99,597 |
| 18 years and over | 100,171 | 99,306 | 98,358 | 97,449 | 96,543 | 96,321 |
| 15 to 44 years | 59,367 | 59,204 | 59,055 | 59,100 | 58,719 | 58,639 |
| 65 years and over | 19,698 | 19,507 | 19,242 | 18,968 | 18,676 | 18,588 |
| 85 years and over | 2,560 | 2,482 | 2,391 | 2,302 | 2,208 | 2,181 |

Note:  For more details about this table, see corresponding menu item
"Sources and Methods."

Resident Population Estimates of the United States by Age and Sex:
  April 1, 1990 to July 1, 1999, with Short-Term Projection to
  November 1, 2000 - Cont.
(Numbers in thousands. Consistent with the 1990 population estimates base.)

Source:    Population Estimates Program, Population Division,
           U.S. Census Bureau, Washington, D.C. 20233
Contact:   Statistical Information Staff, (301)457-2422 by phone,
           POP@CENSUS.GOV by e-mail (please include telephone number.)
Internet Release Date:  December 20, 2000.

|  | July 1, 1994 | July 1, 1993 | July 1, 1992 | July 1, 1991 | July 1, 1990 | Apr. 1, 1990 |
|---|---|---|---|---|---|---|
| **MALES** | | | | | | |
| Population, all ages | 127,049 | 125,788 | 124,424 | 122,956 | 121,626 | 121,284 |
| **Summary Indicators** | | | | | | |
| Median age | 32.9 | 32.6 | 32.3 | 31.9 | 31.6 | 31.6 |
| Mean age | 34.3 | 34.1 | 34.0 | 33.9 | 33.8 | 33.7 |
| **Five-Year Age Groups** | | | | | | |
| Under 5 years | 10,080 | 10,067 | 9,970 | 9,818 | 9,648 | 9,603 |
| 5 to 9 years | 9,598 | 9,440 | 9,365 | 9,320 | 9,246 | 9,236 |
| 10 to 14 years | 9,588 | 9,483 | 9,274 | 9,057 | 8,810 | 8,742 |
| 15 to 19 years | 9,120 | 8,928 | 8,825 | 8,845 | 9,113 | 9,178 |
| 20 to 24 years | 9,342 | 9,550 | 9,695 | 9,741 | 9,746 | 9,749 |
| 25 to 29 years | 9,555 | 9,798 | 10,096 | 10,387 | 10,658 | 10,708 |
| 30 to 34 years | 11,018 | 11,070 | 11,080 | 11,033 | 10,905 | 10,866 |
| 35 to 39 years | 10,926 | 10,736 | 10,476 | 10,182 | 9,904 | 9,837 |
| 40 to 44 years | 9,738 | 9,485 | 9,285 | 9,264 | 8,780 | 8,679 |
| 45 to 49 years | 8,184 | 7,818 | 7,539 | 6,911 | 6,779 | 6,741 |
| 50 to 54 years | 6,413 | 6,187 | 5,856 | 5,658 | 5,521 | 5,494 |
| 55 to 59 years | 5,240 | 5,117 | 5,020 | 4,985 | 5,004 | 5,009 |
| 60 to 64 years | 4,735 | 4,802 | 4,889 | 4,944 | 4,948 | 4,947 |
| 65 to 69 years | 4,501 | 4,506 | 4,474 | 4,491 | 4,513 | 4,508 |
| 70 to 74 years | 3,790 | 3,729 | 3,651 | 3,539 | 3,423 | 3,400 |
| 75 to 79 years | 2,663 | 2,602 | 2,550 | 2,486 | 2,412 | 2,389 |
| 80 to 84 years | 1,556 | 1,506 | 1,455 | 1,408 | 1,366 | 1,356 |
| 85 to 89 years | 700 | 678 | 653 | 629 | 612 | 606 |
| 90 to 94 years | 244 | 229 | 215 | 205 | 188 | 184 |
| 95 to 99 years | 51 | 49 | 47 | 45 | 44 | 44 |
| 100 years and over | 8 | 8 | 8 | 8 | 8 | 8 |
| **Special Age Categories** | | | | | | |
| 5 to 13 years | 17,260 | 17,091 | 16,868 | 16,626 | 16,386 | 16,301 |
| 14 to 17 years | 7,458 | 7,199 | 7,051 | 6,919 | 6,849 | 6,860 |
| 18 to 24 years | 12,931 | 13,111 | 13,240 | 13,418 | 13,679 | 13,744 |
| 16 years and over | 95,925 | 95,000 | 94,037 | 93,067 | 92,207 | 91,997 |
| 18 years and over | 92,251 | 91,431 | 90,534 | 89,593 | 88,744 | 88,520 |
| 15 to 44 years | 59,699 | 59,568 | 59,458 | 59,451 | 59,105 | 59,016 |
| 65 years and over | 13,512 | 13,307 | 13,053 | 12,811 | 12,565 | 12,495 |
| 85 years and over | 1,003 | 964 | 924 | 887 | 852 | 841 |

Note:  For more details about this table, see corresponding menu item
"Sources and Methods."

http://www.census.gov/popest/archives/1990s/nat-agesex.txt                                      4/29/2005

| | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| NH | 1,054 | 76 | 187 | 120 | 364 | 188 | 119 | 32.3 |
| NJ | 7,671 | 509 | 1,308 | 862 | 2,440 | 1,561 | 991 | 33.8 |
| NM | 1,479 | 132 | 312 | 166 | 462 | 258 | 148 | 30.0 |
| NY | 17,869 | 1,223 | 3,094 | 2,084 | 5,640 | 3,523 | 2,305 | 33.2 |
| NC | 6,404 | 434 | 1,166 | 783 | 2,050 | 1,224 | 746 | 32.0 |
| ND | 661 | 55 | 132 | 76 | 198 | 112 | 89 | 30.7 |
| OH | 10,760 | 780 | 2,057 | 1,189 | 3,312 | 2,082 | 1,340 | 32.3 |
| OK | 3,210 | 257 | 631 | 345 | 965 | 603 | 410 | 31.8 |
| OR | 2,701 | 194 | 503 | 266 | 883 | 488 | 366 | 33.5 |
| PA | 11,811 | 784 | 2,043 | 1,306 | 3,536 | 2,388 | 1,755 | 34.1 |
| RI | 990 | 65 | 162 | 123 | 310 | 186 | 145 | 33.2 |
| SC | 3,381 | 251 | 667 | 420 | 1,064 | 614 | 364 | 30.7 |
| SD | 696 | 59 | 141 | 75 | 199 | 122 | 99 | 31.2 |
| TN | 4,783 | 323 | 896 | 544 | 1,504 | 925 | 591 | 32.6 |
| TX | 16,622 | 1,441 | 3,417 | 1,917 | 5,416 | 2,827 | 1,604 | 29.9 |
| UT | 1,678 | 182 | 442 | 189 | 494 | 234 | 138 | 25.8 |
| VT | 540 | 40 | 100 | 63 | 178 | 95 | 64 | 32.0 |
| VA | 5,932 | 420 | 1,053 | 736 | 2,006 | 1,100 | 618 | 31.7 |
| WA | 4,532 | 347 | 832 | 484 | 1,538 | 799 | 533 | 32.2 |
| WV | 1,858 | 117 | 367 | 195 | 543 | 376 | 260 | 33.8 |
| WI | 4,778 | 361 | 907 | 547 | 1,472 | 861 | 630 | 31.8 |
| WY | 477 | 44 | 107 | 45 | 153 | 85 | 43 | 30.4 |

July 1, 1988

| | All Ages | 0-4 | 5-17 | 18-24 | 25-44 | 45-64 | 65+ | Median age |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| U.S. | 244,499 | 18,195 | 45,052 | 27,355 | 78,311 | 45,463 | 30,123 | 32.3 |
| Northeast | 50,584 | 3,450 | 8,527 | 5,723 | 16,083 | 9,983 | 6,819 | 33.6 |
| Midwest | 59,254 | 4,398 | 11,248 | 6,480 | 18,494 | 11,080 | 7,554 | 32.3 |
| South | 83,890 | 6,239 | 15,799 | 9,442 | 26,566 | 15,581 | 10,264 | 32.0 |
| West | 50,770 | 4,109 | 9,477 | 5,710 | 17,168 | 8,819 | 5,487 | 31.3 |
| AL | 4,024 | 288 | 791 | 457 | 1,210 | 770 | 507 | 32.1 |
| AK | 542 | 59 | 116 | 58 | 209 | 79 | 20 | 29.0 |
| AZ | 3,535 | 287 | 658 | 395 | 1,123 | 627 | 446 | 31.6 |
| AR | 2,343 | 168 | 460 | 248 | 675 | 449 | 343 | 33.1 |
| CA | 28,464 | 2,294 | 5,104 | 3,357 | 9,801 | 4,905 | 3,003 | 31.1 |
| CO | 3,262 | 262 | 610 | 345 | 1,164 | 570 | 311 | 31.7 |
| CT | 3,272 | 222 | 529 | 371 | 1,067 | 652 | 432 | 33.9 |
| DE | 648 | 48 | 114 | 78 | 208 | 124 | 77 | 32.1 |
| DC | 630 | 39 | 87 | 83 | 228 | 116 | 77 | 32.7 |
| FL | 12,306 | 818 | 1,925 | 1,218 | 3,674 | 2,449 | 2,223 | 35.9 |
| GA | 6,316 | 483 | 1,228 | 747 | 2,107 | 1,125 | 627 | 31.0 |
| HI | 1,080 | 85 | 196 | 124 | 367 | 193 | 115 | 31.7 |
| ID | 986 | 82 | 224 | 98 | 295 | 169 | 117 | 30.8 |
| IL | 11,390 | 852 | 2,142 | 1,254 | 3,610 | 2,128 | 1,404 | 32.1 |
| IN | 5,492 | 393 | 1,063 | 617 | 1,701 | 1,042 | 675 | 32.2 |
| IA | 2,768 | 195 | 522 | 295 | 815 | 521 | 421 | 33.4 |
| KS | 2,462 | 191 | 464 | 262 | 765 | 443 | 336 | 32.3 |
| KY | 3,680 | 253 | 721 | 414 | 1,141 | 696 | 456 | 32.2 |
| LA | 4,289 | 361 | 918 | 495 | 1,307 | 750 | 458 | 30.0 |
| ME | 1,204 | 85 | 222 | 129 | 383 | 227 | 159 | 33.3 |
| MD | 4,658 | 345 | 796 | 531 | 1,599 | 892 | 495 | 32.5 |
| MA | 5,980 | 400 | 947 | 739 | 1,979 | 1,113 | 802 | 33.0 |
| MI | 9,218 | 686 | 1,771 | 1,040 | 2,922 | 1,728 | 1,071 | 31.9 |
| MN | 4,296 | 332 | 807 | 462 | 1,403 | 755 | 536 | 31.9 |
| MS | 2,580 | 203 | 564 | 305 | 737 | 456 | 316 | 30.3 |
| MO | 5,082 | 371 | 947 | 537 | 1,553 | 973 | 702 | 32.9 |
| MT | 800 | 63 | 164 | 75 | 247 | 148 | 103 | 32.8 |
| NE | 1,571 | 122 | 306 | 162 | 480 | 282 | 220 | 32.3 |
| NV | 1,075 | 83 | 185 | 112 | 370 | 213 | 112 | 32.6 |

*[Handwritten annotation: "Total of 18+ = ~~205,606~~ 181,252"]*

| | All Ages | 0-4 | 5-17 | 18-24 | 25-44 | 45-64 | 65+ | Median age |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| NH | 1,083 | 80 | 191 | 121 | 375 | 195 | 121 | 32.4 |
| NJ | 7,712 | 523 | 1,290 | 841 | 2,485 | 1,572 | 1,002 | 34.0 |
| NM | 1,490 | 131 | 317 | 160 | 468 | 261 | 153 | 30.4 |
| NY | 17,941 | 1,242 | 3,059 | 2,056 | 5,723 | 3,545 | 2,316 | 33.3 |
| NC | 6,481 | 444 | 1,161 | 780 | 2,083 | 1,247 | 765 | 32.4 |
| ND | 655 | 52 | 130 | 73 | 198 | 112 | 90 | 31.3 |
| OH | 10,799 | 783 | 2,043 | 1,169 | 3,345 | 2,096 | 1,362 | 32.6 |
| OK | 3,167 | 243 | 625 | 331 | 956 | 598 | 413 | 32.2 |
| OR | 2,741 | 195 | 503 | 267 | 899 | 504 | 374 | 33.9 |
| PA | 11,846 | 791 | 2,028 | 1,281 | 3,575 | 2,395 | 1,777 | 34.4 |
| RI | 996 | 66 | 160 | 123 | 314 | 187 | 146 | 33.4 |
| SC | 3,412 | 254 | 668 | 412 | 1,079 | 625 | 375 | 31.1 |
| SD | 698 | 58 | 143 | 72 | 202 | 123 | 101 | 31.6 |
| TN | 4,822 | 328 | 897 | 538 | 1,520 | 940 | 600 | 32.9 |
| TX | 16,667 | 1,422 | 3,429 | 1,887 | 5,451 | 2,838 | 1,640 | 30.1 |
| UT | 1,689 | 176 | 449 | 190 | 495 | 238 | 142 | 26.0 |
| VT | 550 | 41 | 101 | 63 | 182 | 98 | 65 | 32.4 |
| VA | 6,037 | 430 | 1,059 | 731 | 2,054 | 1,131 | 633 | 32.0 |
| WA | 4,640 | 353 | 848 | 486 | 1,580 | 826 | 547 | 32.5 |
| WV | 1,830 | 112 | 357 | 188 | 537 | 373 | 263 | 34.3 |
| WI | 4,822 | 362 | 911 | 535 | 1,501 | 877 | 637 | 32.2 |
| WY | 465 | 40 | 104 | 43 | 150 | 84 | 45 | 31.1 |

July 1, 1989

| | All Ages | 0-4 | 5-17 | 18-24 | 25-44 | 45-64 | 65+ | Median age |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| U.S. | 246,819 | 18,508 | 44,948 | 27,156 | 79,651 | 45,874 | 30,682 | 32.6 |
| Northeast | 50,757 | 3,533 | 8,428 | 5,614 | 16,319 | 9,967 | 6,895 | 33.9 |
| Midwest | 59,468 | 4,440 | 11,191 | 6,374 | 18,701 | 11,107 | 7,655 | 32.6 |
| South | 84,700 | 6,306 | 15,699 | 9,388 | 27,037 | 15,771 | 10,500 | 32.4 |
| West | 51,894 | 4,229 | 9,631 | 5,781 | 17,594 | 9,029 | 5,632 | 31.5 |
| AL | 4,030 | 289 | 780 | 450 | 1,220 | 776 | 515 | 32.6 |
| AK | 547 | 57 | 117 | 58 | 213 | 81 | 21 | 29.2 |
| AZ | 3,622 | 297 | 676 | 398 | 1,149 | 640 | 463 | 31.8 |
| AR | 2,346 | 168 | 457 | 242 | 681 | 452 | 346 | 33.5 |
| CA | 29,218 | 2,394 | 5,206 | 3,427 | 10,102 | 5,022 | 3,066 | 31.3 |
| CO | 3,276 | 259 | 607 | 341 | 1,169 | 578 | 321 | 32.1 |
| CT | 3,283 | 229 | 522 | 360 | 1,083 | 651 | 439 | 34.1 |
| DE | 658 | 49 | 113 | 77 | 214 | 126 | 79 | 32.5 |
| DC | 624 | 39 | 85 | 83 | 224 | 115 | 77 | 32.9 |
| FL | 12,638 | 851 | 1,959 | 1,223 | 3,809 | 2,497 | 2,299 | 36.0 |
| GA | 6,411 | 499 | 1,229 | 746 | 2,151 | 1,146 | 641 | 31.2 |
| HI | 1,095 | 85 | 196 | 123 | 373 | 197 | 120 | 32.1 |
| ID | 994 | 81 | 225 | 98 | 298 | 173 | 119 | 31.2 |
| IL | 11,410 | 859 | 2,112 | 1,236 | 3,653 | 2,131 | 1,419 | 32.4 |
| IN | 5,524 | 400 | 1,058 | 611 | 1,721 | 1,047 | 686 | 32.5 |
| IA | 2,771 | 195 | 522 | 289 | 819 | 522 | 424 | 33.7 |
| KS | 2,473 | 192 | 469 | 259 | 771 | 443 | 340 | 32.5 |
| KY | 3,677 | 252 | 708 | 406 | 1,150 | 700 | 461 | 32.7 |
| LA | 4,253 | 351 | 904 | 479 | 1,308 | 749 | 463 | 30.5 |
| ME | 1,220 | 86 | 222 | 127 | 393 | 231 | 161 | 33.6 |
| MD | 4,727 | 357 | 797 | 520 | 1,642 | 906 | 506 | 32.7 |
| MA | 6,015 | 413 | 940 | 730 | 2,007 | 1,115 | 810 | 33.2 |
| MI | 9,253 | 701 | 1,753 | 1,022 | 2,952 | 1,734 | 1,090 | 32.3 |
| MN | 4,338 | 337 | 814 | 453 | 1,427 | 765 | 542 | 32.2 |
| MS | 2,574 | 200 | 554 | 299 | 744 | 459 | 318 | 30.7 |
| MO | 5,096 | 372 | 942 | 527 | 1,570 | 975 | 710 | 33.2 |
| MT | 800 | 62 | 163 | 72 | 249 | 149 | 105 | 33.3 |
| NE | 1,575 | 122 | 308 | 158 | 483 | 283 | 222 | 32.7 |
| NV | 1,137 | 88 | 192 | 117 | 392 | 227 | 120 | 33.0 |

Total = 183,363

| | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| NH | 1,105 | 84 | 192 | 121 | 385 | 199 | 123 | 32.6 |
| NJ | 7,726 | 538 | 1,271 | 814 | 2,524 | 1,563 | 1,015 | 34.2 |
| NM | 1,504 | 130 | 319 | 156 | 476 | 265 | 158 | 30.8 |
| NY | 17,983 | 1,271 | 3,016 | 2,021 | 5,805 | 3,539 | 2,331 | 33.5 |
| NC | 6,565 | 459 | 1,149 | 784 | 2,122 | 1,267 | 785 | 32.7 |
| ND | 646 | 50 | 129 | 70 | 195 | 111 | 90 | 31.9 |
| OH | 10,829 | 792 | 2,024 | 1,154 | 3,382 | 2,092 | 1,386 | 33.0 |
| OK | 3,150 | 234 | 614 | 326 | 958 | 599 | 419 | 32.7 |
| OR | 2,791 | 200 | 510 | 267 | 911 | 518 | 383 | 34.3 |
| PA | 11,866 | 803 | 2,005 | 1,254 | 3,619 | 2,381 | 1,803 | 34.7 |
| RI | 1,001 | 68 | 159 | 122 | 318 | 186 | 148 | 33.7 |
| SC | 3,457 | 260 | 664 | 411 | 1,100 | 636 | 386 | 31.5 |
| SD | 697 | 56 | 143 | 70 | 203 | 122 | 101 | 32.0 |
| TN | 4,854 | 336 | 887 | 534 | 1,538 | 950 | 609 | 33.2 |
| TX | 16,807 | 1,410 | 3,396 | 1,897 | 5,548 | 2,877 | 1,680 | 30.5 |
| UT | 1,706 | 173 | 452 | 195 | 497 | 242 | 146 | 26.2 |
| VT | 558 | 41 | 100 | 64 | 186 | 101 | 65 | 32.8 |
| VA | 6,120 | 443 | 1,058 | 727 | 2,094 | 1,149 | 649 | 32.3 |
| WA | 4,746 | 364 | 865 | 487 | 1,615 | 853 | 562 | 32.8 |
| WV | 1,807 | 109 | 345 | 183 | 534 | 369 | 266 | 34.9 |
| WI | 4,857 | 364 | 917 | 523 | 1,524 | 883 | 645 | 32.5 |
| WY | 458 | 37 | 102 | 42 | 149 | 83 | 46 | 31.7 |